**Jaw–Shi WANG, Petitioner—Appellant,**

v.

**John ASHCROFT, Attorney General, et al., Respondents—Appellees.**

No. 01–56331.
D.C. No. CV–01–00719–K/RBB.

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2003.*

Decided July 2, 2003.

Before NOONAN, TASHIMA, and WARDLAW, Circuit Judges.

ORDER **

Jaw–Shi Wang appeals from the denial of his petition for habeas relief. The sole ground for appeal is his contention that INA § 212(h) violates equal protection in

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

its disparate treatment of lawful permanent residents (LPRs). We rejected this very argument in *Taniguchi v. Schultz,* 303 F.3d 950, 958 (9th Cir.2002) ("[Appellant's] equal protection claim fails because the INS has advanced a rational explanation for the difference in treatment between LPR and non-LPR aggravated felons.").

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

